# EXHIBIT "A"

*AHM Tanya*

# EMPIRE TRUCK SALES, LLC

## Service Invoice

| | |
|---|---|
| Jackson | MS 601-939-5000 |
| Meridian | MS 601-482-5575 |
| Columbus | MS 662-328-0820 |
| Hattiesburg | MS 601-268-2104 |
| Biloxi | MS 228-365-0000 |
| Brookhaven | MS 601-835-4400 |
| Mobile | AL 251-330-0088 |
| Slidell | LA 985-641-4000 |
| Pensacola | FL 850-478-0031 |

Post Office Box 54325 / Jackson, MS 39288-4325
601-939-5000 / 800-872-3673 / Fax: 601-932-1570 / E-Mail: info@empiretruck.com

**Invoice**

| Bill-To | CASH14 | Owner | WAYNE MARABLE | | |
|---|---|---|---|---|---|
| WAYNE MARABLE | | | | Invoice # | RE014016486:01 |
| | | V.I.N | 1FUJA6CK67LW40345 | P.O. Number | REQUIRED |
| SLIDELL, LA 70459 | | Customer Fleet ID | 18374 | | |
| 5049528345 | | Year | 2007 | Invoice Date | 4/26/2012 |
| Pinnacle / Fleetpack# | | Make | FREIGHTLINER | | |
| Vehicle Unit ID 144196 | | Model | CL120 | | |

Claim Number

| Date In | Date In Service | Mileage | Date Out | Bill Type | Terms | Writer | Reviewer |
|---|---|---|---|---|---|---|---|
| 04/14/2012 | 8/11/06 | 681,478 | 04/14/2012 | SR | CASH | 142010 | 143053 |

Job#1 #25-010                                                                 CLUTCH

 REPLACE CLUTCH PER ESTIMATE EE6234

CLUTCH

PULLED DRIVELINES. DISCONNECTED ALL WIRES, BRACKET AND SHIFT TOWER FROM TRANS. DISCONNECTED ALL AIR LINE FROM LEFT AIR TANK AND PULLED IT. PULLED TRANS CLUTCH FLYWHEEL. DROVE OUT OLD PILOT BEARING. INSTALLED NEW PILOT BEARING INTO FLYWHEEL AND INSTALLED IT AND THE CLUTCH. TRIED TO INSTALL TRANS BUT FOUND CLUTCH FORK HAD TO BE CHANGED. CHANGED IT AND INSTALLED TRANS. RECONNECTED ALL WIRES AND AIR TUBINGS. INSTALLED CLUTCH ARM AND RECONNECTED LINKAGE AND TRANS COOLER LINES. INSTALLED SHIFT TOWER AND AIR TANK. STARTED ENGINE BUILT UP AIR PRESSURE. CHECKED FOR LEAKS, NONE FOUND. CHECKED HIGH AND LOW ALL OK. INSTALLED DRIVELINES. REINSTALLED SHIFT BOOT AND GREASED CLUTCH AND DRIVELINE. TOOK OFF OF RAMPS.

| Qty | Item | Description | Price | Extended |
|---|---|---|---|---|
| | | LABOR TO PERFORM REPAIRS | | 1,522.50 |
| 1 | 014F/SP 208925 82 | CLUTCH 15.5 2IN-10 SPLINE EP | 695.74 | 695.74 |
| 1 | 014F/SP 127760 | CLUTCH BRAKE DISC ASSEMBLY | 19.62 | 19.62 |
| 1 | 014F/SBN 306S2ZNTN | BALL BEARING | 10.56 | 10.56 |
| 1 | 014F/FUL 4305294 | GASKET | 4.63 | 4.63 |
| 1 | 014F/SP 105C137 | YOKE CLUTCH RELEASE | 24.34 | 24.34 |
| 1 | 7107 | NORTHLAKE DRIVELINE INC | 0.00 | 0.00 |

| | Total Labor | 1,522.50 | Total Parts | 754.89 | Total | 2,277.39 |
|---|---|---|---|---|---|---|

# EMPIRE TRUCK SALES, LLC

Jackson       MS  601-939-5000
Meridian      MS  601-482-5575
Columbus      MS  662-328-0820
Hattiesburg   MS  601-268-2104
Biloxi        MS  228-365-0000
Brookhaven    MS  601-835-4400
Mobile        AL  251-330-0088
Slidell       LA  985-641-4000
Pensacola     FL  850-478-0031

## Service Invoice

Post Office Box 54325 / Jackson, MS 39288-4325
601-939-5000 / 800-872-3673 / Fax: 601-932-1570 / E-Mail: info@empiretruck.com

| Bill-To | CASH14 | Owner | WAYNE MARABLE | | Invoice |
|---|---|---|---|---|---|
| **WAYNE MARABLE** | | V.I.N | | | RE014016486:01 |
| SLIDELL, LA 70459 | | 1FUJA6CK67LW40345 | | | **P.O. Number** |
| | | Customer Fleet ID | 18374 | | REQUIRED |
| 5049528345 | | Year | 2007 | | |
| Pinnacle / Fleetpack# | | Make | FREIGHTLINER | | **Invoice Date** |
| Vehicle Unit ID 144196 | | Model | CL120 | | 4/26/2012 |
| Claim Number | | | | | |

| Date In | Date In Service | Mileage | Date Out | Bill Type | Terms | Writer | Reviewer |
|---|---|---|---|---|---|---|---|
| 04/14/2012 | 8/11/06 | 681,478 | 04/14/2012 | SR | CASH | 142010 | 143053 |

### Job#2 #01-010 — DETROIT ENGINE - MECHANICAL

**COMPLAINT:** CHECK & ADVISE FOR EXHAUST IN COOLING SYSTEM

**CAUSE:** OIL COOLER

**CORRECTION:** COMPLETED A CHECK FOR EXHAUST IN COOLANT, OK. LOOKS LIKE COOLANT HAS OIL IN IT POSSIBLE ITS A OIL COOLER. DRAINED COOLANT PUNCHED HOLE IN BOTH OIL FILTERS AND REMOVED THEM. TRIED TO REMOVE COOLANT LINES FROM TOP OF OIL COOLER ONE CAME LOOSE THE OTHER WAS STUCK ON THE PIPE. HAD TO PULL THE TURBO, DISCONNECTED WHAT LINES NEEDED. REMOVED CLAMPS FROM HOSE AND BOLTS FROM TOP OF OIL COOLER USED PRY BAR TO GET OIL COOLER TO MOVE AWAY FROM BLOCK AND PULLED THE OIL COOLER. DISASSEMBLED COOLER AND CLEANED GASKET AREA. INSTALLED NEW GASKET AND COOLER. INSTALLED COOLER BACK ON ENGINE. FILLED TWO OIL FILTERS AND INSTALLED THEM. RECONNECTED ALL COOLANT PIPES REINSTALLED TURBO & RECONNECTED ALL OIL & AIR LINES & AIR FILTER HOUSING TURBO INLET AND OUTLET PIPES MIXED UP CASCADE IN WATER AND PUT IT IN COOLANT RES AND FILLED RES WITH WATER. RAN ENGINE AT HIGH IDLE LONG ENOUGH TO GET FAN TO COME SHUT ENGINE DOWN. DRAINED COOLANT. MIXED UP MORE CASCADE AND PUT IT INTO THE RES. FILLED COOLANT SYSTEM WITH WATER TO LET IT SIT OVERNIGHT. STARTED ENGINE AND PUT AT HIGH IDLE TO GET IT HOT ENOUGH FOR THE FAN TO COME ON. IT DID. SHUT OFF ENGINE DRAINED COOLANT SYSTEM FLUSHED WITH PLAIN WATER BROUGHT IT BACK INTO THE SHOP. CHANGED COOLANT RES. FILLED WITH ANTIFREEZ & WATER. PUT OUTSIDE AT HIGH IDLE TO GET IT TO BURP & MAKE SURE COOLANT LEVEL IS OK.

| Qty | Item | Description | Price | Extended |
|---|---|---|---|---|
| | | LABOR TO PERFORM REPAIRS | | 1,207.50 |
| 1 | 014D/DDE E23522415 | CORE ASSY | 147.90 | 147.90 |
| 1 | 014D/DDE 23537789 | O/C GSKT KIT | 35.61 | 35.61 |
| 2 | 014L/LFP2160 | FILTER | 10.88 | 21.76 |
| 10 | 014D/DDE 23519396 | COOLANT EXT LIFE 50/50 | 12.27 | 122.70 |
| 1 | 014M/BLT 16PB | PB BLASTER PENETRATING | 4.64 | 4.64 |
| 1 | 014M/CASCADE | CASCADE GEL | 9.99 | 9.99 |
| 1 | 014F/05-23045-001 | TANK-SURGE CENTURY CLASS HOSTA | 124.55 | 124.55 |
| 1 | 014F/DN P554685 | COOLANT FILTER | 10.51 | 10.51 |
| 1 | 014D/DDE E23522415-CORE | CORE ASSY | 15.40 | 15.40 |

| Total Labor | 1,207.50 | Total Parts | 493.06 | Total | 1,700.56 |
|---|---|---|---|---|---|



# EMPIRE
## TRUCK SALES, LLC

| | | |
|---|---|---|
| Jackson | MS | 601-939-5000 |
| Meridian | MS | 601-482-5575 |
| Columbus | MS | 662-328-0820 |
| Hattiesburg | MS | 601-268-2104 |
| Gulfport | MS | 228-864-9282 |
| Brookhaven | MS | 601-835-4400 |
| Mobile | AL | 251-330-0088 |
| Slidell | LA | 985-641-4000 |
| Pensacola | FL | 850-478-0031 |

Post Office Box 54325 / Jackson, MS 39288-4325
601-939-5000 / 800-872-3673 / Fax: 601-932-1570 / E-Mail: info@empiretruck.com



| Bill-To | CASH14 | Owner | WAYNE MARABLE | | Invoice |
|---|---|---|---|---|---|
| WAYNE MARABLE | | | | | |
| | | V.I.N | | | RE014016486:01 |
| SLIDELL, LA 70459 | | 1FUJA6CK67LW40345 | | | P.O. Number |
| | | Customer Fleet ID | 18374 | | |
| 5049528345 | | Year | 2007 | | REQUIRED |
| Pinnacle / Fleetpack# | | Make | FREIGHTLINER | | Invoice Date |
| Vehicle Unit ID | 144196 | Model | CL120 | | |
| Claim Number | | | | | 4/26/2012 |

## Service Invoice RE014016486:01

| Date In | Date In Service | Mileage | Date Out | Bill Type | Terms | Writer | Reviewer |
|---|---|---|---|---|---|---|---|
| 04/14/2012 | 8/11/06 | 681,478 | 04/14/2012 | SR | CASH | 142010 | 143053 |

Job#1 #25-010                       CLUTCH

**Condition:** REPLACE CLUTCH PER ESTIMATE EE6234

**Cause:** CLUTCH

**Correction:** PULLED DRIVELINES. DISCONNECTED ALL WIRES, BRACKET AND SHIFT TOWER FROM TRANS. DISCONNECTED ALL AIR LINE FROM LEFT AIR TANK AND PULLED IT. PULLED TRANS CLUTCH FLYWHEEL. DROVE OUT OLD PILOT BEARING. INSTALLED NEW PILOT BEARING INTO FLYWHEEL AND INSTALLED IT AND THE CLUTCH. TRIED TO INSTALL TRANS BUT FOUND CLUTCH FORK HAD TO BE CHANGED. CHANGED IT AND INSTALLED TRANS. RECONNECTED ALL WIRES AND AIR TUBINGS. INSTALLED CLUTCH ARM AND RECONNECTED LINKAGE AND TRANS COOLER LINES. INSTALLED SHIFT TOWER AND AIR TANK. STARTED ENGINE BUILT UP AIR PRESSURE. CHECKED FOR LEAKS, NONE FOUND. CHECKED HIGH AND LOW ALL OK. INSTALLED DRIVELINES. REINSTALLED SHIFT BOOT AND GREASED CLUTCH AND DRIVELINE. TOOK OFF OF RAMPS.

| Qty | Item | Description | Price | Extended |
|---|---|---|---|---|
| | | LABOR TO PERFORM REPAIRS | | 1,522.50 |
| 1 | 014F/SP 208925 82 | CLUTCH 15.5 2IN-10 SPLINE EP | 695.74 | 695.74 |
| 1 | 014F/SP 127760 | CLUTCH BRAKE DISC ASSEMBLY | 19.62 | 19.62 |
| 1 | 014F/SBN 306SZZNTN | BALL BEARING | 10.56 | 10.56 |
| 1 | 014F/FUL 4305294 | GASKET | 4.63 | 4.63 |
| 1 | 014F/SP 105C137 | YOKE CLUTCH RELEASE | 24.34 | 24.34 |
| 1 | 7107 | NORTHLAKE DRIVELINE INC | 0.00 | 0.00 |

Total Labor   1,522.50     Total Parts   754.89     Total   2,277.39

EMPIRE0118

# Service Invoice RE014016486:01

| Date In | Date In Service | Mileage | Date Out | Bill Type | Terms | Writer | Reviewer |
|---|---|---|---|---|---|---|---|
| 04/14/2012 | 8/11/06 | 681,478 | 04/14/2012 | SR | CASH | 142010 | 143053 |

Job#2 #01-010                                                                                  *DETROIT ENGINE - MECHANICAL*

**Condition**  **CHECK & ADVISE FOR EXHAUST IN COOLING SYSTEM**

**Cause**  **OIL COOLER**

**Correction**  COMPLETED A CHECK FOR EXHAUST IN COOLANT, OK. LOOKS LIKE COOLANT HAS OIL IN IT POSSIBLE ITS A OIL COOLER. DRAINED COOLANT PUNCHED HOLE IN BOTH OIL FILTERS AND REMOVED THEM. TRIED TO REMOVE COOLANT LINES FROM TOP OF OIL COOLER ONE CAME LOOSE THE OTHER WAS STUCK ON THE PIPE. HAD TO PULL THE TURBO, DISCONNECTED WHAT LINES NEEDED. REMOVED CLAMPS FROM HOSE AND BOLTS FROM TOP OF OIL COOLER USED PRY BAR TO GET OIL COOLER TO MOVE AWAY FROM BLOCK AND PULLED THE OIL COOLER. DISASSEMBLED COOLER AND CLEANED GASKET AREA. INSTALLED NEW GASKET AND COOLER. INSTALLED COOLER BACK ON ENGINE. FILLED TWO OIL FILTERS AND INSTALLED THEM. RECONNECTED ALL COOLANT PIPES REINSTALLED TURBO & RECONNECTED ALL OIL & AIR LINES & AIR FILTER HOUSING TURBO INLET AND OUTLET PIPES MIXED UP CASCADE IN WATER AND PUT IT IN COOLANT RES AND FILLED RES WITH WATER. RAN ENGINE AT HIGH IDLE LONG ENOUGH TO GET FAN TO COME SHUT ENGINE DOWN. DRAINED COOLANT. MIXED UP MORE CASCADE AND PUT IT INTO THE RES. FILLED COOLANT SYSTEM WITH WATER TO LET IT SIT OVERNIGHT. STARTED ENGINE AND PUT AT HIGH IDLE TO GET IT HOT ENOUGH FOR THE FAN TO COME ON. IT DID. SHUT OFF ENGINE DRAINED COOLANT SYSTEM FLUSHED WITH PLAIN WATER BROUGHT IT BACK INTO THE SHOP. CHANGED COOLANT RES. FILLED WITH ANTIFREEZ & WATER. PUT OUTSIDE AT HIGH IDLE TO GET IT TO BURP & MAKE SURE COOLANT LEVEL IS OK.

| Qty | Item | Description | Price | Extended |
|---|---|---|---|---|
|  |  | LABOR TO PERFORM REPAIRS |  | 1,207.50 |
| 1 | 014D/DDE E23522415 | CORE ASSY | 147.90 | 147.90 |
| 1 | 014D/DDE 23537789 | O/C GSKT KIT | 35.61 | 35.61 |
| 2 | 014L/LFP2160 | FILTER | 10.88 | 21.76 |
| 10 | 014D/DDE 23519396 | COOLANT EXT LIFE 50/50 | 12.27 | 122.70 |
| 1 | 014M/BLT 16PB | PB BLASTER PENETRATING | 4.64 | 4.64 |
| 1 | 014M/CASCADE | CASCADE GEL | 9.99 | 9.99 |
| 1 | 014F/05-23045-001 | TANK-SURGE CENTURY CLASS HOSTA | 124.55 | 124.55 |
| 1 | 014F/DN P554685 | COOLANT FILTER | 10.51 | 10.51 |
| 1 | 014D/DDE E23522415-CORE | CORE ASSY | 15.40 | 15.40 |

Total Labor  1,207.50    Total Parts  493.06    Total  1,700.56

Job#3 #83-020                                                                     *A/C - Note the system cycle temp at completion*

**Condition**  **CHECK A/ C COOLS GOOD THEN WARMS UP/ POSSIBLY FREEZING UP/ REF R/O #**

**Cause**

**Correction**  PULLED TEMP SWITCH OUT AND CHECKED OPERATION OF SWITCH. FOUND THAT SWITCH WAS OPERATING PROPERLY. CHECKED TO MAKE SURE THAT BUNK WAS RUNNING ON LOW SPEED. PUT TRUCK OUTSIDE SHOP AT HIGH IDEL MADE SURE BUNK OVERRIDE SWITCH IS ON & BUNK FAN IS ON LOW LETTING IT RUN TO SEE IF IT FREEZES UP. LET TRUCK RUN FOR FIVE & A HALF HOURS & IT NEVER DID FREEZE UP.

| Qty | Item | Description | Price | Extended |
|---|---|---|---|---|
|  |  | LABOR TO PERFORM REPAIRS |  | 0.00 |
| 0 | 014F/COS R134WA | R134A REFRIGERANT - 1# | 0.57 | 0.00 |
| 0 | ACM | A/C MACHINE HOOK UP AND DIAGNOSTICS | 30.00 | 0.00 |

Total Labor  0.00    Total Parts  0.00    Total  0.00

EMPIRE0119

# Service Invoice RE014016486:01

| Date In | Date In Service | Mileage | Date Out | Bill Type | Terms | Writer | Reviewer |
|---|---|---|---|---|---|---|---|
| 04/14/2012 | 8/11/06 | 681,478 | 04/14/2012 | SR | CASH | 142010 | 143053 |

**TERMS AND CONDITIONS OF SALE**

1. **Payment Terms.** All balances are due on delivery or on the 10th of the month following the purchase at the option of Empire. A finance charge of 1 1/2% per month or the maximum permitted by law whichever is less will be added to all balances past due. Customer is responsible for any present or future excise, sales, use or other tax applicable to the sale or use of the goods or services purchased hereunder, and agrees to defend, indemnify and hold Empire harmless of and from any claim or demand for same.

2. **Forum Selection Clause and Choice of Law.** To the extent any matter is not covered by arbitration as provided below, the exclusive venue for any proceeding relating in any manner to this invoice, any transaction with Empire (or any person or entity associated with Empire) or Customer's business relationship with Empire and Customer will be a state court in Rankin County, Mississippi (except for claims relating to facilities located outside of Mississippi), or in any federal court having jurisdiction over such county. All disputes arising out of or related to this transaction shall be governed by the laws of the State of Mississippi.

3. **Disclaimer of Warranties and Limitation of Liabilities.** To the fullest extent permitted by law, Empire hereby expressly disclaims all warranties, either expressed or implied, including any warranty of merchantability or fitness for a particular purpose, and Empire neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said goods or services. The liability of Empire for all claims in contract, tort (including negligence and products liability) or otherwise arising out of or resulting from the purchase of the goods and/or services shall not exceed the price to Customer allocable to the good or service which gives rise to the claim, and in no event shall Empire's liability exceed the total purchase price of this invoice. In no event shall Empire be liable for any incidental, consequential, punitive, exemplary, indirect, or special damages including, but not limited to, injuries to persons or damage to property, loss of profits or anticipated profits, or loss of use. Any warranties on the product sold hereby are those made by the manufacturer which shall be the sole and exclusive remedy, whether in contract, warranty, tort or strict liability.

4. **Cost of Collection.** In the event Customer defaults in the payment of the amount due herein, Customer agrees to pay for all costs of collection, including without limitation, all court costs and attorneys' fees.

5. **Arbitration Agreement and Waiver of Jury Trial.** Empire and Customer hereby agree to this arbitration agreement ("Arbitration Agreement").

   a. **CLAIMS AND DISPUTES COVERED.** Except for those claims described below under the heading "MATTERS NOT COVERED BY ARBITRATION," Empire and Customer agree that either party may elect to resolve by BINDING ARBITRATION all claims and disputes between us ("Covered Claims"). This includes, but is not limited to: all claims and disputes arising out of, in connection with, or relating to Customer's business relationship with Empire; any and all invoices, transactions, solicitations, all documents, promotions, or advertising; any actions or omissions relating to this or any other matter between Empire and Customer; whether any such claim must be arbitrated; the validity and enforceability of this Arbitration Agreement and this agreement; any alleged fraud or misrepresentation; any claim based on or arising under any federal, state, or local law, statute, regulation, ordinance or rule; any claim or dispute based on any alleged tort (wrong), including intentional torts; and any claim for injunctive, declaratory or equitable relief.

   b. **COVERED CLAIMS AGAINST THIRD PARTIES.** This Arbitration Agreement also covers any claim or dispute between Customer and any of Empire's employees, officers, agents or directors; any of its affiliate entities; any third parties related to the transaction; and any of the employees, officers, agents or directors of such affiliates or third parties. In addition, if Empire becomes a party in any lawsuit that Customer has with any third party, whether through intervention by Empire or by motion made by Customer or any third party, all claims in that lawsuit between Customer and the third party will be subject to binding arbitration under this Arbitration Agreement, provided that the third party is required to agree to resolve such claims by arbitration.

   c. **MATTERS NOT COVERED BY ARBITRATION.** Customer agrees that Empire does not have to initiate arbitration before exercising lawful self-help remedies or judicial remedies of garnishment, repossession, replevin, or foreclosure, but instead may proceed in court for those judicial remedies (an "Excluded Collateral Lawsuit"). Customer may assert in court any defenses Customer may have to Empire's claims in an Excluded Collateral Lawsuit, but any claim or counterclaim for recession or damages Customer may have arising out of, relating to, or in connection with Empire's exercise of those remedies must be arbitrated. Instead of pursuing arvitration, either Empire or Customer also have the option to bring a lawsuit in court to seek to recover an amount which does not exceed the total sum of $25,000 (including costs and attorneys' fees), provided that no relief other than such recovery is requested in such lawsuit (an "Excluded Damages Lawsuit"). If an Excluded Damages Lawsuit is filed, the other party cannot require that the claims in that lawsuit be arbitrated. If such an Excluded Damages Lawsuit is filed by Customer or Empire, and any party to that lawsuit files an amendment, counterclaim, cross-claim, or third-party claim seeking to recover more than $25,000, then that claim, counterclaim, cross-claim or third party claim must be arbitrated in accordance with the procedures set forth in this Arbitration Agreement. Neither Customer nor Empire shall be deemed to have waived any arbitration rights by the fact of having exercised any self-help or judicial remedies, or by having filed any claims including but not limited to an Excluded Damages Lawsuit in a court.

   d. **ARBITRATION FORUM AND RULES.** The arbitration will be conducted in accordance with the Commercial Arbitration Rules of the American Arbitration Association ("AAA") and shall be conducted by the AAA or any other arbitrator selected by mutual agreement of the parties. The arbitration shall be conducted in Rankin County, Mississippi (except for claims relating to facilities located outside Mississippi, then in the county where such facility is located). All fees and charges of the Arbitrator shall be shared equally provided, however, that the Arbitrator may award reimbursement of such costs to the prevailing party. Each party shall also pay for its own costs, including fees for attorneys, experts and witnesses, unless otherwise provided by law or section 4 above, to the extent permitted by applicable law.

   TO THE FULLEST EXTENT PERMITTED BY LAW, BOTH EMPIRE AND CUSTOMER ARE VOLUNTARILY WAIVING ANY RIGHT TO AN ADJUDICATION BY A COURT OF LAW (INCLUDING TRIAL BY JURY) OF ALL CLAIMS AND DISPUTES COVERED BY THIS ARBITRATION AGREEMENT.

---

**If there are problems with this repair visit, we must be contacted immediately in order to expedite the follow up procedures**

**TERMS: STRICTLY CASH, APPROVED ACCOUNT**

I, Customer, hereby acknowledge receipt of the above described goods and/or receipt of the item(s) on which services were performed in the specified quantities and prices and agree to pay Empire Truck Sales, LLC (Empire) as set forth herein. By signing this form or by taking possession of the goods and/or the item(s) on which services were performed or by otherwise accepting the same, I agree to and accept the terms and conditions of sale set forth on the reverse side of this form, including but not limited to the forum selection clause, disclaimer of warranties, limitation of liabilities, and *binding arbitration provisions*. Customer authorizes the repair to be performed along with the use of necessary materials. Empire employees may operate equipment for purposes of testing, inspection or delivery, at Customers risk. An express mechanics lien is acknowledged on the repaired equipment to secure the amount of repairs thereto. It is agreed that Empire assumes no responsibility for loss or damage by theft or fire to equipment placed with Empire for storage, sale, repair or while field testing.

| | |
|---|---|
| Misc. Charges | 0.00 |
| Merchandise | 1,247.95 |
| Labor: | 2,730.00 |
| Sublet: | 0.00 |
| Misc Supplies: | 273.00 |
| Taxes: | 371.96 |
| **Total:** | **4,622.91** |

RECEIVED BY: _____

EMPIRE0120